**Wilian Rene BARRIENTOS–AYALA, Petitioner,**

v.

**Eric H. HOLDER, Jr.,[1] Attorney General of the United States, Respondent.**

**No. 08–3127.**

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 3, 2009.

Filed: Dec. 8, 2009.

Barton C. Winter, Bloomington, MN, for Petitioner.

Scott Baniecke, U.S. Immigration & Naturalization Service, Bloomington, MN, Karen Yolanda Drummond, Richard M. Evans, Rebecca Niburg, Andrew Oliveira,

U.S. Department of Justice, Washington, DC, for Respondent.

Before WOLLMAN, RILEY, and SMITH, Circuit Judges.

PER CURIAM.

Guatemalan citizen Wilian Barrientos–Ayala petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's denial of cancellation of removal and relief under the Convention Against Torture (CAT). We conclude substantial evidence supports the BIA's determination that Barrientos–Ayala did not meet his burden of proof for CAT relief. *See* 8 C.F.R. §§ 1208.16(c), 1208.18(a) (CAT eligibility requirements); *Marroquin–Ochoma v. Holder,* 574 F.3d 574, 579–80 (8th Cir. 2009). As to cancellation of removal, we lack jurisdiction to review the BIA's discretionary determination—made by applying the correct legal standard—that Barrientos–Ayala failed to prove his removal would cause an exceptional and extremely unusual hardship to his qualifying relatives under 8 U.S.C. § 1229b(b)(1)(D). *See Zacarias–Velasquez v. Mukasey,* 509 F.3d 429, 434 (8th Cir.2007).

Accordingly, we deny the petition for review.

---

1. Eric H. Holder, Jr., has been appointed to serve as Attorney General of the United States, and is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).